1  Andrew J. Ogilvie (SBN 57932)
2  Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
   445 Bush Street, 6th Floor
3  San Francisco, CA 94108
   Ph: (415) 861-2265
4  Fax: (415) 861-3151
5  ajogil@kaboblaw.com

6  Christopher Green
   Attorney at Law
7  225 106th Ave NE
8  Bellevue WA 98101
   (206) 686-4558
9  Fax: (206) 686-2558
10 Chris@MyFairCredit.com

11 Attorneys for Plaintiff Robert Saindon

**United States District Court**
**Northern District Of California**

| | |
|---|---|
| **Robert Saindon,** | Cause No: C 08-01744 BZ |
| Plaintiff, | |
| v. | **Application For Admission Of Attorney Christopher Green** *Pro Hac Vice* |
| **Equifax Information Services LLC, Roger Schulke dba S R Financial Services, and Stephen Lawrence dba S R Financial Services,** | |
| Defendants. | |

Pursuant to Civil L.R. 11-3, Christopher E. Green, an active member in good standing of the Washington State Bar Association number 19410 and United States District Court for the Western District of Washington hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Robert Saindon in the above-entitled action.

Application For Admission of Attorney Christopher Green Pro Hac Vice    1

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State, as indicated above;

2. I agree to abide by the Standards of professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

>Andrew J. Ogilvie
>Kemnitzer, Anderson, Barron, Ogilvie & Brewer, LLP
>445 Bush Street, Sixth Floor
>San Francisco, California 94108
>Tel: 415/861-2265
>Fax: 415/861-3151
>email: ajogil@kabolaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 25 2008

>Christopher E. Green
>Attorney at Law
>225 106th Ave NE
>Bellevue WA 98101
>(206) 686-4558
>Fax: (206) 686-2558
>Chris@MyFairCredit.com
>Of Attorneys for Plaintiff Robert Saindon