RECEIVED
APR - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Andrew J. Ogilvie (SBN 57932)
2  Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
   445 Bush Street, 6th Floor
3  San Francisco, CA 94108
   Ph: (415) 861-2265
4  Fax: (415) 861-3151
5  ajogil@kaboblaw.com

6  Christopher Green
7  Attorney at Law
   225 106th Ave NE
8  Bellevue WA 98101
   (206) 686-4558
9  Fax: (206) 686-2558
10 Chris@MyFairCredit.com

11 Attorneys for Plaintiff Robert Saindon

**United States District Court**
**Northern District Of California**

| | |
|---|---|
| **Robert Saindon,** | Cause No: C 08-01744 BZ |
| Plaintiff, | |
| v. | **(Proposed) Order Granting Application For Admission Of Attorney *Pro Hac Vice*** |
| **Equifax Information Services LLC, Roger Schulke dba S R Financial Services, and Stephen Lawrence dba S R Financial Services,** | |
| Defendants. | |

Christopher E. Green, an active member in good standing of the Washington State Bar Association whose business address and telephone number is:

Christopher E. Green
Attorney at Law
225 106th Ave NE
Bellevue WA 98004

---

(Proposed) Order Granting Application For Admission of Attorney Christopher Green Pro Hac Vice                  1

(206) 686-4558
Fax: (206) 686-2558
Chris@MyFairCredit.com

Having applied in the above-entitled action for admission to practice in the Northern District of California, on a *pro hac vice* basis representing Robert Saindon.

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:_____

_____
US District Court Judge