Andrew J. Ogilvie (SBN 57932)
Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Ph: (415) 861-2265
Fax: (415) 861-3151
ajogil@kaboblaw.com

Christopher Green
Attorney at Law
225 106th Ave NE
Bellevue WA 98101
(206) 686-4558
Fax: (206) 686-2558
Chris@MyFairCredit.com

Attorneys for Plaintiff Robert Saindon

RECEIVED
APR 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**United States District Court**
**Northern District Of California**

**Robert Saindon,**

Plaintiff,

v.

**Equifax Information Services LLC, Roger Schulke dba S R Financial Services, and Stephen Lawrence dba S R Financial Services,**

Defendants.

Cause No: C 08-01744 BZ

**(Proposed) Order Granting Application For Admission Of Attorney *Pro Hac Vice***

Christopher E. Green, an active member in good standing of the Washington State Bar Association whose business address and telephone number is:

Christopher E. Green
Attorney at Law
225 106th Ave NE
Bellevue WA 98004

(206) 686-4558
Fax: (206) 686-2558
Chris@MyFairCredit.com

Having applied in the above-entitled action for admission to practice in the Northern District of California, on a *pro hac vice* basis representing Robert Saindon.

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: 14 Apr 08

US District Court Judge