1  THOMAS P. QUINN (State Bar No. 132268)
   NOKES & QUINN
2  450 OCEAN AVENUE
   LAGUNA BEACH, CA 92651
3  Tel: (949) 376-3055
   Fax: (949) 376-3070
4  Email: tquinn@nokesquinn.com

5  Attorneys for Defendant EQUIFAX
   INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| ROBERT SAINDON, | Case No: CV 08 1744 BZ |
| Plaintiff, | |
| vs. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
| EQUIFAX INFORMATION SERVICES, LLC; ROGER SCHULKE dba S R FINANCIAL SERVICES, and STEPHEN LAWRENCE dba S R FINANCIAL SERVICES, | |
| Defendants. | |

Pursuant to FRCP 7.1 [ and Local Rule 7.1-1], the undersigned, counsel of record for Defendant EQUIFAX INFORMATION SERVICES, LLC, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 1 –

CERTIFICATION AND NOTICE OF INTERESTED PARTIES
Case No: CV-08-1744 BZ

1. Equifax Information Services, LLC, successor in interest to Equifax Credit Information Services, Inc., a wholly-owned subsidiary of Equifax, Inc., a publicly traded company; and

2. Equifax, Inc., a Georgia corporation, and a publicly traded company.

NOKES & QUINN

Dated: May 13, 2008

/s/
THOMAS P. QUINN, JR.
Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055