UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Saindon,<br><br>    Plaintiff(s).<br>  v.<br><br><br>Equifax Information Services, LLC, et al.,<br><br>    Defendant(s).<br>_____/ | No. C08-1744 BZ<br><br><br>NOTICE OF IMPENDING REASSIGNMENT TO A UNITED <u>STATES DISTRICT COURT JUDGE</u> |

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

    (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

    The Case Management Conference set for **July 14, 2008** at **4:00 p.m.** is hereby **VACATED**.

Dated: May 14, 2008

                                        Richard W. Wieking, Clerk
                                        United States District Court

                                        *Lashanda Scott*
                                        _____
                                        By: Lashanda Scott - Deputy Clerk to
                                        Magistrate Judge Bernard Zimmerman

reassign.DCT