Andrew J. Ogilvie (SBN 57932)
Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Ph: (415) 861-2265
Fax: (415) 861-3151
ajogil@kaboblaw.com

Christopher Green  (*pro hac vice*)
Attorney at Law
225 106th Ave NE
Bellevue WA 98101
(206) 686-4558
Fax: (206) 686-2558
Chris@MyFairCredit.com

Attorneys for Plaintiff Robert Saindon

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Robert Saindon**, | Case No: C 08-01744 WHA |
| Plaintiff, | |
| v. | **Motion To Dismiss Defendants Roger Schulke and Stephen Lawrence Without Prejudice Pursuant To Rule 41(a)(1) Of The Federal Rules Of Civil Procedure** |
| **Equifax Information Services LLC, Roger Schulke dba S R Financial Services, and Stephen Lawrence dba S R Financial Services,** | |
| Defendants. | |

Plaintiff Robert Saindon ("Plaintiff") by and through his counsel of record hereby moves the Court to dismiss Roger Schulke dba S R Financial Services and Stephen Lawrence dba S R Financial Services without Prejudice with reference to the following recitals:

/ / /

## RECITALS

A.     Plaintiff filed the instant lawsuit against Defendants Equifax Information Services LLC, Roger Schulke dba S R Financial Services, and Stephen Lawrence dba S R Financial Services on April 1, 2008, in the United States District Court for the Northern District of California - San Francisco Division.

## MOTION

A. Plaintiff moves the Court to dismiss all claims against only defendants Roger Schulke dba S R Financial Services and Stephen Lawrence dba S R Financial Services without prejudice. After dismissal, Equifax Information Services LLC will be the sole remaining defendant.

B. Plaintiff requests that the attached proposed order be entered.

Respectfully submitted,

Dated: June 9, 2008

```
             _____/s/_____
             Christopher E. Green
             Attorney at Law
             225 106th Ave NE
             Bellevue WA 98101
             (206) 686-4558
             Fax: (206) 686-2558
             Chris@MyFairCredit.com
             Of Attorneys for Plaintiff Robert Saindon
```

Motion To Dismiss Defendants Roger Schulke dba S R Financial Services
And Stephen Lawrence dba S R Financial Services Without Prejudice                   2

Andrew J. Ogilvie (SBN 57932)
Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Ph: (415) 861-2265
Fax: (415) 861-3151
ajogil@kaboblaw.com

Christopher Green,   *pro hac vice*
Attorney at Law
225 106th Ave NE
Bellevue WA 98101
(206) 686-4558
Fax: (206) 686-2558
Chris@MyFairCredit.com

Attorneys for Plaintiff Robert Saindon

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Robert Saindon,<br>           Plaintiff,<br><br>     v.<br><br>Equifax Information Services LLC,<br>Roger Schulke dba S R Financial Services,<br>         and<br>Stephen Lawrence dba S R Financial Services<br>                   Defendants. | Case No: C 08-01744 WHA<br><br>**[Proposed]**<br>**Order Dismissing Defendants Roger**<br>**Schulke and Stephen Lawrence**<br>**Without Prejudice**<br><br>**[FRCP Rule 41(a)(1)]** |

The Court grants Plaintiff's motion to dismiss Roger Schulke and Stephen Lawrence without prejudice. Plaintiff's claims against defendants Roger Schulke, dba S R Financial Services, and Stephen Lawrence, dba S R Financial, are dismissed WITHOUT prejudice.

Dated this _____ day of June 2008.

_____
The Honorable William Alsup
United States District Judge

Order Dismissing Defendants Roger Schulke and Stephen Lawrence without Prejudice          1