Andrew J. Ogilvie (SBN 57932)
Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Ph: (415) 861-2265
Fax: (415) 861-3151
ajogil@kaboblaw.com

Christopher Green,   *pro hac vice*
Attorney at Law
225 106th Ave NE
Bellevue WA 98101
(206) 686-4558
Fax: (206) 686-2558
Chris@MyFairCredit.com

Attorneys for Plaintiff Robert Saindon

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Robert Saindon,<br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>Equifax Information Services LLC,<br>Roger Schulke dba S R Financial Services,<br>　　　　and<br>Stephen Lawrence dba S R Financial Services<br>　　　　　Defendants. | Case No: C 08-01744 WHA<br><br>**[Proposed]**<br>**Order Dismissing Defendants Roger Schulke and Stephen Lawrence Without Prejudice**<br><br>**[FRCP Rule 41(a)(1)]** |

　　　The Court grants Plaintiff's motion to dismiss Roger Schulke and Stephen Lawrence without prejudice. Plaintiff's claims against defendants Roger Schulke, dba S R Financial Services, and Stephen Lawrence, dba S R Financial, are dismissed WITHOUT prejudice.

Dated this __12__ day of June 2008.

IT IS SO ORDERED
Judge William Alsup

　　　　　　　　　　　　_____
　　　　　　　　　　　　The Honorable William Alsup
　　　　　　　　　　　　United States District Judge