UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Robert Saindon

     Plaintiff(s),

v.

Equifax Information Services LLC

     Defendant(s).

Case No. 3:08-CV-01744BZ WHA

ADR CERTIFICATION BY PARTIES AND COUNSEL

  Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

  (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

  (2) Discussed the available dispute resolution options provided by the Court and private entities; and

  (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 6/27/08

                 [Party]

Dated: 6/27/08

                 [Counsel]