1  THOMAS P. QUINN (State Bar No. 132268)
   NOKES & QUINN
2  450 OCEAN AVENUE
   LAGUNA BEACH, CA 92651
3  Tel: (949) 376-3055
   Fax: (949) 376-3070
4  Email: tquinn@nokesquinn.com

5  Attorneys for Defendant EQUIFAX
   INFORMATION SERVICES LLC

FILED
08 JUL -2 PM 2:46
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SAINDON, | Case No: CV 08 1744 BZ WHA (BZ) |
| Plaintiff, | |
| vs. | **APPLICATION FOR ADMISSION OF LEWIS P. PERLING *PRO HAC VICE*** |
| EQUIFAX INFORMATION SERVICES, LLC; ROGER SCHULKE dba S R FINANCIAL SERVICES, and STEPHEN LAWRENCE dba S R FINANCIAL SERVICES, | |
| Defendants. | |

Pursuant to Civil L.R. 11-3, <u>Lewis P. Perling</u>, an active member in good standing of the bar of Georgia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Equifax Information Services LLC, in the above-entitled action.

In support of this application, I certify on oath that:

- 1 -

1.  I am an active member in good standing of the highest court of Georgia;

2.  I agree to abide by the Standards of Professional Conduct set forth in the Local Rules of the Northern District of California and agree to become familiar with the Alternative Dispute Resolution program of this Court; and

3.  An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Thomas P. Quinn, Jr. (SBN: 132268)
Nokes & Quinn
450 Ocean Ave.
Laguna Beach, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
E-mail: tquinn@nokesquinn.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 27, 2008.

By: _____
Lewis P. Perling, Esq.
King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, GA 30309-3521
Tel: (404) 572-3079
Fax: (404) 572-5100
LPerling@kslaw.com
Attorneys for Equifax Information Services LLC

# SERVICE LIST

1
2
3
4  **Andrew Jones Ogilvie**
   Kemnitzer Anderson Barron Ogilvie & Brewer, LLP
5  445 Bush Street, Sixth Floor
   San Francisco, CA 94108
6  (415) 861-2265
7  Fax: (415) 861-3151
   Email: ajogil@kabolaw.com
8
9
   **Christopher Everett Green**
10 225 - 106th Ave NE
   Bellevue, WA 98004
11 206 686 4558
12 Fax: 206 686 2558
   Email: chris@myfaircredit.comv
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

ROBERT SAINDON v EQUIFAX, et al, CASE NO: CV08-01744 WHA (BZ)

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause. On July 1, 2008. I served a true copy of the

**APPLICATION FOR ADMISSION OF LEWIS P. PERLING PRO HAC VICE; [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE**

[ ]   By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B);

[ X ]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

**SEE ATTACHED SERVICE LIST**

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
YVONNE M. HOMAN

Place of Mailing: Laguna Beach, California

Executed on July 1, 2008, at Laguna Beach, California.

```
 1  THOMAS P. QUINN (State Bar No. 132268)
    NOKES & QUINN
 2  450 OCEAN AVENUE
    LAGUNA BEACH, CA 92651
 3  Tel: (949) 376-3055
    Fax: (949) 376-3070
 4  Email: tquinn@nokesquinn.com

 5  Attorneys for Defendant EQUIFAX
    INFORMATION SERVICES LLC
 6
 7
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SAINDON, | Case No: CV 08 1744 ~~BZ~~ WHA (BZ) |
| Plaintiff, | |
| vs. | **ORDER GRANTING APPLICATION FOR ADMISSION OF LEWIS P. PERLING *PRO HAC VICE*** |
| EQUIFAX INFORMATION SERVICES, LLC; ROGER SCHULKE dba S R FINANCIAL SERVICES, and STEPHEN LAWRENCE dba S R FINANCIAL SERVICES, | |
| Defendants. | |

Lewis P. Perling, an active member in good standing of the bar of Georgia whose business address and telephone number is King & Spalding LLP, 1180 Peachtree Street, Atlanta, Georgia 30309, (404) 572-3079, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Equifax Information Services LLC.

- 3 -

1   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
3 *vice*. Service of papers upon and communication with co-counsel designated in the application
4 will constitute notice to the party. All future filings in this action are subject to the requirements
contained in General Order No. 45, *Electronic Case Filing*.
5
Dated:_____
6
7                                                                                                       _____
                                                                                                         United States District Court Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28