Andrew J. Ogilvie (SBN 57932)
Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Ph: (415) 861-2265
Fax: (415) 861-3151
ajogil@kaboblaw.com

Christopher Green  (*pro hac vice*)
Attorney at Law
225 106th Ave NE
Bellevue WA 98101
(206) 686-4558
Fax: (206) 686-2558
Chris@MyFairCredit.com

Attorneys for Plaintiff Robert Saindon

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Robert Saindon**, | Case No: C 08-01744 WHA |
| Plaintiff, | |
| v. | **Stipulation to Change Day For Initial Case Management Conference** |
| **Equifax Information Services LLC, Roger Schulke dba S R Financial Services, and Stephen Lawrence dba S R Financial Services,** | |
| Defendants. | |

   Parties have agreed and request that the Court change the day for the Initial Case Management Conference from July 17 2008 to August 21 2008 at 11:00 am. Parties request that the proposed order be entered.

       / / /

Stipulation  To Change Initial Case Management Conference                                                                                1

Respectfully submitted,

Dated: July 4, 2008    /s/ _____
Christopher Green, Attorney for Plaintiff Robert Saindon

Dated: July 7, 2008    /s/ _____
Thomas Quinn, Attorney for Defendant Equifax
Information Services, LLC

1  Andrew J. Ogilvie (SBN 57932)
2  Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
   445 Bush Street, 6th Floor
3  San Francisco, CA 94108
   Ph: (415) 861-2265
4  Fax: (415) 861-3151
5  ajogil@kaboblaw.com

6  Christopher Green,    *pro hac vice*
7  Attorney at Law
   225 106th Ave NE
8  Bellevue WA 98101
   (206) 686-4558
9  Fax: (206) 686-2558
10 Chris@MyFairCredit.com

11 Attorneys for Plaintiff Robert Saindon

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Robert Saindon,<br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>Equifax Information Services LLC,<br>Roger Schulke dba S R Financial Services,<br>　　　　and<br>Stephen Lawrence dba S R Financial Services<br>　　　　　Defendants. | Case No: C 08-01744 WHA<br><br>**[Proposed]**<br>**Order Regarding Stipulation to Change Day**<br>**For Initial Case Management Conference** |

　　　The Court grants the stipulated motion to change the day for the Initial Case Management Conference from July 17 2008 to August 21, 2008 at 11:00 am.

Dated this _____ day of July 2008.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　The Honorable William Alsup
　　　　　　　　　　　　　　　　United States District Judge

Order Regarding Stipulation to Change Day For Initial Case Management Conference　　　　1