IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SAINDON,<br><br>    Plaintiff,<br><br>  v.<br><br>EQUIFAX INFORMATION SERVICES LLC, ROGER SCHULKE d/b/a S.R. FINANCIAL SERVICES, and STEPHEN LAWRENCE d/b/a S.R. FINANCIAL SERVICES,<br><br>    Defendants.<br>  ————————————————/ | No. C 08-01744 WHA<br><br>**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

   Good cause not shown, the Court **DENIES** the parties' stipulation to continue the case management conference for five weeks.

   **IT IS SO ORDERED.**

Dated: July 9, 2008.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE