THOMAS P. QUINN (State Bar No. 132268)
NOKES & QUINN
450 OCEAN AVENUE
LAGUNA BEACH, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

**FILED**
JUL 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SAINDON,<br><br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; ROGER SCHULKE dba S R FINANCIAL SERVICES, and STEPHEN LAWRENCE dba S R FINANCIAL SERVICES,<br><br>    Defendants. | CASE NO: 3:08-CV-01744-WHA<br><br>**APPLICATION FOR ADMISSION OF STEPHANIE COPE *PRO HAC VICE*** |

  Pursuant to Civil L.R. 11-3, <u>Stephanie Cope</u>, an active member in good standing of the bar of Georgia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Equifax Information Services LLC, in the above-entitled action.

  In support of this application, I certify on oath that:

5156163

- 1 -

1. I am an active member in good standing of the highest court of Georgia;

2. I agree to abide by the Standards of Professional Conduct set forth in the Local Rules of the Northern District of California and agree to become familiar with the Alternative Dispute Resolution program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Thomas P. Quinn, Jr. (SBN: 132268)
Nokes & Quinn
450 Ocean Ave.
Laguna Beach, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
E-mail: tquinn@nokesquinn.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 9th, 2008.

By: [signature]
Stephanie Cope, Esq.
King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, GA 30309-3521
Tel: (404) 215-5908
Fax: (404) 572-5100
SCope@kslaw.com
Attorneys for Equifax Information Services LLC

5156163

- 2 -

## CERTIFICATE OF SERVICE

ROBERT SAINDON v EQUIFAX, et al, CASE NO: CV08-01744 WHA (BZ)

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause. On July 10, 2008. I served a true copy of the

**APPLICATION FOR ADMISSION OF STEPHANIE COPE PRO HAC VICE; [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE**

[ ]   By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B);

[ X ]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

**SEE ATTACHED SERVICE LIST**

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
YVONNE M. HOMAN

Place of Mailing: Laguna Beach, California

Executed on July 10, 2008, at Laguna Beach, California.

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | |
| 3 | |
| 4 | **Andrew Jones Ogilvie** |
| | Kemnitzer Anderson Barron Ogilvie & Brewer, LLP |
| 5 | 445 Bush Street, Sixth Floor |
| | San Francisco, CA 94108 |
| 6 | (415) 861-2265 |
| 7 | Fax: (415) 861-3151 |
| | Email: ajogil@kabolaw.com |
| 8 | |
| 9 | |
| | **Christopher Everett Green** |
| 10 | 225 - 106th Ave NE |
| | Bellevue, WA 98004 |
| 11 | 206 686 4558 |
| 12 | Fax: 206 686 2558 |
| | Email: chris@myfaircredit.comv |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1  THOMAS P. QUINN (State Bar No. 132268)
   NOKES & QUINN
2  450 OCEAN AVENUE
   LAGUNA BEACH, CA 92651
3  Tel: (949) 376-3055
   Fax: (949) 376-3070
4  Email: tquinn@nokesquinn.com

5  Attorneys for Defendant EQUIFAX
   INFORMATION SERVICES LLC

**RECEIVED**

JUL 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SAINDON, | CASE NO: 3:08-CV-01744-WHA |
| Plaintiff, | |
| vs. | |
| EQUIFAX INFORMATION SERVICES, LLC; ROGER SCHULKE dba S R FINANCIAL SERVICES, and STEPHEN LAWRENCE dba S R FINANCIAL SERVICES, | ORDER GRANTING APPLICATION FOR ADMISSION OF STEPHANIE COPE *PRO HAC VICE* |
| Defendants. | |

Stephanie Cope, an active member in good standing of the bar of Georgia whose business address and telephone number is King & Spalding LLP, 1180 Peachtree Street, Atlanta, Georgia 30309, (404) 215-5908, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Equifax Information Services LLC.

5156163

- 3 -

|   |   |
|---|---|
| 1 | IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*. |

Dated:_____

_____
United States District Court Judge

5156163

- 4 -