```
THOMAS P. QUINN (State Bar No. 132268)
NOKES & QUINN
450 OCEAN AVENUE
LAGUNA BEACH, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com
```

Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SAINDON,<br><br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; ROGER SCHULKE dba S R FINANCIAL SERVICES, and STEPHEN LAWRENCE dba S R FINANCIAL SERVICES,<br><br>    Defendants. | CASE NO: 3:08-CV-01744-WHA<br><br>**APPLICATION FOR ADMISSION OF STEPHANIE COPE *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, <u>Stephanie Cope</u>, an active member in good standing of the bar of Georgia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Equifax Information Services LLC, in the above-entitled action.

In support of this application, I certify on oath that:

5156163

- 1 -

1. I am an active member in good standing of the Supreme Court of Georgia;

2. I agree to abide by the Standards of Professional Conduct set forth in the Local Rules of the Northern District of California and agree to become familiar with the Alternative Dispute Resolution program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Thomas P. Quinn, Jr. (SBN: 132268)
Nokes & Quinn
450 Ocean Ave.
Laguna Beach, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
E-mail: tquinn@nokesquinn.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 14th, 2008.

By: /s/ Stephanie Cope
Stephanie Cope, Esq.
King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, GA 30309-3521
Tel: (404) 215-5908
Fax: (404) 572-5100
SCope@kslaw.com
Attorneys for Equifax Information Services LLC

5156163

- 2 -