1  THOMAS P. QUINN (State Bar No. 132268)
   NOKES & QUINN
2  450 OCEAN AVENUE
   LAGUNA BEACH, CA 92651
3  Tel: (949) 376-3055
   Fax: (949) 376-3070
4  Email: tquinn@nokesquinn.com

5  Attorneys for Defendant EQUIFAX
   INFORMATION SERVICES LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SAINDON, | Case No: CV 08 1744 WHA |
| Plaintiff, | |
| vs. | **APPLICATION FOR ADMISSION OF LEWIS P. PERLING *PRO HAC VICE*** |
| EQUIFAX INFORMATION SERVICES, LLC; ROGER SCHULKE dba S R FINANCIAL SERVICES, and STEPHEN LAWRENCE dba S R FINANCIAL SERVICES, | |
| Defendants. | |

Pursuant to Civil L.R. 11-3, <u>Lewis P. Perling</u>, an active member in good standing of the bar of Georgia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Equifax Information Services LLC, in the above-entitled action.

In support of this application, I certify on oath that:

5156153

- 1 -

1. I am an active member in good standing of the Supreme Court of Georgia;

2. I agree to abide by the Standards of Professional Conduct set forth in the Local Rules of the Northern District of California and agree to become familiar with the Alternative Dispute Resolution program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Thomas P. Quinn, Jr. (SBN: 132268)
Nokes & Quinn
450 Ocean Ave.
Laguna Beach, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
E-mail: tquinn@nokesquinn.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 14, 2008.

By: _____
Lewis P. Perling, Esq.
King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, GA 30309-3521
Tel: (404) 572-3079
Fax: (404) 572-5100
LPerling@kslaw.com
Attorneys for Equifax Information Services LLC

5156153

- 2 -