1  THOMAS P. QUINN (State Bar No. 132268)
   NOKES & QUINN
2  450 OCEAN AVENUE
   LAGUNA BEACH, CA 92651
3  Tel: (949) 376-3055
   Fax: (949) 376-3070
4  Email: tquinn@nokesquinn.com

5  Attorneys for Defendant EQUIFAX
   INFORMATION SERVICES LLC
6
7
8                UNITED STATES DISTRICT COURT
9                NORTHERN DISTRICT OF CALIFORNIA
10

11 ROBERT SAINDON,                    ) Case No: CV 08 1744 ~~BZ~~ WHA
12                                    )
                  Plaintiff,          )
13                                    )
                                      )
14 vs.                                )
                                      ) ORDER GRANTING
15                                    ) APPLICATION FOR ADMISSION
   EQUIFAX INFORMATION                ) OF LEWIS P. PERLING *PRO HAC*
16 SERVICES, LLC; ROGER SCHULKE       ) *VICE*
   dba S R FINANCIAL SERVICES, and    )
17                                    )
   STEPHEN LAWRENCE dba S R           )
18 FINANCIAL SERVICES,                )
19                                    )
                  Defendants.         )
20                                    )
21                                    )
22                                    )
23                                    )

24      Lewis P. Perling, an active member in good standing of the bar of Georgia whose
25 business address and telephone number is King & Spalding LLP, 1180 Peachtree Street, Atlanta,
26 Georgia 30309, (404) 572-3079, having applied in the above-entitled action for admission to
27 practice in the Northern District of California on a *pro hac vice* basis, representing Equifax
28 Information Services LLC.

5156153
                                    - 3 -

1  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:_____

_____
United States District Court Judge