# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: July 17, 2008

Case No.  C08-1744  WHA

Title: Robert Saindon v.  Equifax Information Services

Plaintiff Attorneys:    Andrew Ogilvie

Defense Attorneys:   Thomas Quinn, Jr.

Deputy Clerk: Frank Justiliano

Court Reporter: Katherine Wyatt

**PROCEEDINGS**

1)   Case Management Conference  - Held.

2)

**ORDERED AFTER HEARING:**

Referred  to ADR for mediation.
Scheduling order to be issued by the Court.