1  THOMAS P. QUINN (State Bar No. 132268)
   NOKES & QUINN
2  450 OCEAN AVENUE
   LAGUNA BEACH, CA 92651
3  Tel: (949) 376-3055
   Fax: (949) 376-3070
4  Email: tquinn@nokesquinn.com

5  Attorneys for Defendant EQUIFAX
   INFORMATION SERVICES LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SAINDON, | Case No: CV 08 1744 BZ WHA (BZ) |
| Plaintiff, | |
| vs. | **ORDER GRANTING APPLICATION FOR ADMISSION OF LEWIS P. PERLING *PRO HAC VICE*** |
| EQUIFAX INFORMATION SERVICES, LLC; ROGER SCHULKE dba S R FINANCIAL SERVICES, and STEPHEN LAWRENCE dba S R FINANCIAL SERVICES, | |
| Defendants. | |

Lewis P. Perling, an active member in good standing of the bar of Georgia whose business address and telephone number is King & Spalding LLP, 1180 Peachtree Street, Atlanta, Georgia 30309, (404) 572-3079, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Equifax Information Services LLC.

- 3 -

1     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
3 *vice*. Service of papers upon and communication with co-counsel designated in the application
4 will constitute notice to the party. All future filings in this action are subject to the requirements
5 contained in General Order No. 45, *Electronic Case Filing*.

Dated: July 17, 2008

IT IS SO ORDERED

Judge William Alsup