Andrew J. Ogilvie (SBN 57932)
Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Ph: (415) 861-2265
Fax: (415) 861-3151
ajogil@kaboblaw.com

Christopher Green  (*pro hac vice*)
Attorney at Law
225 106th Ave NE
Bellevue WA 98101
(206) 686-4558
Fax: (206) 686-2558
Chris@MyFairCredit.com

Attorneys for Plaintiff Robert Saindon

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**Robert Saindon**,

Plaintiff,

v.

**Equifax Information Services LLC, Roger Schulke dba S R Financial Services, and Stephen Lawrence dba S R Financial Services,**

Defendants.

Case No: C 08-01744 WHA

**Stipulation and Order to Change Deadline for Expert Report**

Parties stipulate to extension of the deadline for expert report from January 23 2009 to February 16 2009. The reason for the extension is the parties have been unable to schedule the deposition of Equifax for a time that would allow adequate time before the deadline for the transcript of deposition and completion of the expert report. The trial date will not be affected.

Respectfully submitted,

Dated: January 7 2009  /s/_____
Christopher E. Green
Law Offices of Christopher E. Green PS
225 106th Avenue NE
Bellevue, WA 98004
Telephone: (206) 686-4558
Facsimile: (206) 686-2558

Douglas Wilson
Attorney at Law
600 University Stree Suite 1720
One Union Square
Seattle WA 98101
Telephone: (206) 338-7806

Andrew Ogilvie
Kemnitzer Anderson Barron Ogilvie & Brewer, LLP
445 Bush Street, Sixth Floor
San Francisco, CA 94108
Telephone: (415) 861-2265
Facsimile: (415) 861-3151
Attorneys for Plaintiff

DATED: January 7 2009  /s/ _____
Lewis P. Perling
Stephanie Cope
KING & SPALDING, LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Thomas P. Quinn
Nokes & Quinn
450 Ocean Avenue

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |

Laguna Beach , CA 92651
Telephone: (949) 376-3055
Facsimile: (949) 376-3070
Attorneys for Defendant

4  PURSUANT TO STIPULATION, IT IS SO ORDERED.

5

6  DATED: January 12, 2009

7  _____
   United States District/~~Magistrate~~ Judge

   *[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge William Alsup]*

8

9

10    All other deadlines in the Case Management Scheduling Order remained unchanged.