UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT SAINDON,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, ROGER SCHULKE dba S R FINANCIAL SERVICES, and STEPHEN LAWRENCE dba S R FINANCIAL SERVICES,<br><br>Defendants. | Case No. 08-cv-01744-WHA<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO EXTEND TIME<br><br>**Accompanying Documents**<br>1. Motion<br>2. Declaration |

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: April 3, 2009

_____
The Honorable William Alsup
United States District Court

- 1 -

[PROPOSED] ORDER GRANTING STIPULATION TO SHORTEN TIME
Case No: 3:08-cv-01744-WHA

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500