IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT SAINDON,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC, ROGER SCHULKE d/b/a S.R. FINANCIAL SERVICES, and STEPHEN LAWRENCE d/b/a S.R. FINANCIAL SERVICES,

    Defendants.
                                      /

No. C 08-01744 WHA

**ORDER REGARDING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

      Defendant has filed an administrative motion to file its motion for partial summary judgment and three exhibits thereto under seal. Plaintiff does not oppose the motion. The motion is **DENIED** without prejudice. Under *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), and Civil Local Rule 79-5, "compelling reasons" must be shown for the sealing and the redaction must be narrowly tailored. Defendant's statement that three exhibits contain trade secrets and competitively sensitively materials does not alone justify sealing the entire motion. Defendant should either file a copy of the motion with narrowly tailored redaction accompanied by a sealing motion explaining the need to seal the redacted portions or publicly file the entire motion. Defendant need not re-file the un-redacted copy.

      **IT IS SO ORDERED.**

Dated: April 13, 2009.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California