IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SAINDON,<br><br>    Plaintiff,<br><br>  v.<br><br>EQUIFAX INFORMATION SERVICES LLC, et al.,<br><br>    Defendants.<br>                                                         / | No. C 08-01744 WHA<br><br>**ORDER VACATING DEFENDANT'S MOTION FOR LEAVE TO FILE UNDER SEAL** |

Defendant Equifax Information Services' motion was improperly noticed. The Court hereby **VACATES** the hearing set for April 30, 2009, at 8:00 a.m.

**IT IS SO ORDERED.**

Dated: April 29, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE