UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT SAINDON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, ROGER SCHULKE dba S R FINANCIAL SERVICES, and STEPHEN LAWRENCE dba S R FINANCIAL SERVICES,<br><br>　　　　　Defendants. | Case No. 08-cv-01744-WHA<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL<br><br>Date: April 30, 2009<br>Time: 8:00 a.m.<br>Courtroom: 9, 19th Floor<br>Judge: The Honorable William Alsup<br><br>**Accompanying Documents**<br>1. Motion<br>2. Declaration |

Equifax Information Services LLC's Administrative Motion To File Under Seal is hereby GRANTED.

Dated: April 29, 2009

_____
The Honorable William Alsup
United States District Court

- 1 -

[PROPOSED] ORDER GRANTING EQUIFAX INFORMATION SERVICES LLC'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 08-cv-01744-WHA