UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT SAINDON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, ROGER SCHULKE dba S R FINANCIAL SERVICES, and STEPHEN LAWRENCE dba S R FINANCIAL SERVICES,<br><br>　　　　Defendants. | Case No. 08-cv-01744-WHA<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**Trial Date:** June 1, 2009<br>**Time:** 7:30 a.m.<br>**Courtroom:** 9, 19th Floor<br>**Judge:** The Honorable William Alsup |

CONSIDERING the foregoing Agreed Motion to Dismiss with Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims and demands of plaintiff, ROBERT SAINDON, against Defendant EQUIFAX INFORMATION SERVICES LLC ("EQUIFAX"), be and the same hereby are DISMISSED WITH PREJUDICE, each party to bear his/its own costs.

This __14__ day of May, 2009.

IT IS SO ORDERED

_____
JUDGE, United States District Court

- 3 –

STIPULATION OF DISMISSAL WITH PREJUDICE
Case No: 08-cv-01744-WHA

# CERTIFICATE OF SERVICE

SAINDON v DEFENDANT EQUIFAX, et al, CASE NO: 3:08-CV-01744-WHA

I, the undersigned, certify and declare that on May 13, 2009 I served a true copy of the foregoing document as follows:

[ ]    By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B);

[ ]    By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

[ x]    By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

Executed on May 13 2009 at Seattle WA.

I hereby certify under the penalty of perjury that the foregoing is true and correct.

/s/ Christopher Green